# ELECTRONIC RECORD

*1539-14*
*1540-14*

COA #14-13-00333-CR

STYLE: Nicholas Jared Mireles v The State of Texas

COA DISPOSITION: Affirmed

DATE: August 21, 2014  Publish: Yes

OFFENSE: Intoxication Manslaughter

COUNTY: Harris

TRIAL COURT: 178th District Court

TC CASE #:1281111

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Nicholas Jared Mireles v The State of Texas

CCA # _____

*APPELLANT'S* Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_refused_____

DATE: _April 29, 2015_

JUDGE: _Pc_____

CCA Disposition: _____    *1539-14*
DATE: _____    *1540-14*

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

### ELECTRONIC RECORD